Scott E. Davis
Arizona State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 N Cave Creek Road, Suite 101
Phoenix, AZ 85024

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
Email: davis@scottdavispc.com

*Attorney for Plaintiff Linda Shelburne*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA SHELBURNE,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR BENEFITS UNDER A GROUP DISABILITY EMPLOYEE BENEFIT PLAN** |

Now comes the Plaintiff, Linda Shelburne, (hereinafter referred to as "Plaintiff"), by and through her attorney, Scott E. Davis, and complaining against the Defendants, she states:

*Jurisdiction*

1. This Court's jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331, 1337 and 29 U.S.C. § 1132(a), (e), (f) and (g), of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1101, *et seq*. (hereafter "ERISA") as it involves a claim by Plaintiff for Disability benefits under an employee benefit plan regulated and governed

under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question.

2. The events or omissions giving rise to Plaintiff's claim occurred in this judicial district, thus venue is proper here pursuant to 28 U.S.C. § 1391(b)(2), and the ends of justice so require.

3. The ERISA statute at 29 U.S.C. § 1133, in accordance with Regulations of the Secretary of Labor, provides a mechanism for internal appeal of benefit denials. Those avenues of appeal have been exhausted.

4. Plaintiff is informed and believes and thereon alleges that Defendant, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF SPRINT/UNITED MANAGEMENT COMPANY, is an employee welfare benefit plan established and maintained by Sprint/United Management Company (which, Plaintiff alleges upon information and belief, at all relevant times herein conducted business in the State of Arizona), to provide its employees with income protection in the event of a disability, and, is the Plan Administrator.

5. Plaintiff alleges upon information and belief that Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("HARTFORD"), is, and at all relevant times was, a corporation duly organized and existing under and by virtue of the laws of the State of Illinois; authorized to transact and transacting the business of insurance in this state, and the Claims Administrator for the Plan.

6. At all relevant times Plaintiff was an employee of Sprint/United Management Company and a participant in the Plan.

7. Defendant, HARTFORD issued Policy number GLT 675224 on or about January 1, 2005 to Sprint/United Management Company to insure its Plan, and the eligible participants and beneficiaries of the Plan, including Plaintiff. A copy of the

1  Certificate of Insurance which was issued pursuant to the Policy, and which promised to
2  pay LINDA SHELBURNE ("MS. SHELBURNE"), disability benefits should she
3  become disabled, is attached hereto as Exhibit "A." Therefore, HARTFORD suffers from
4  a structural conflict as it funds the plan and decides whether the claimants will receive
5  benefits under the Plan[1].

6      8.    The Plan provides for long term disability ("LTD") benefits as follows:

| Term | Provision | |
|---|---|---|
| **Elimination Period** | **Class 1**: The Elimination Period is the period of time you must be Disabled before benefits become payable. It is the first 6 consecutive month(s) of any one period of Disability<br><br>**Class 2**: The Elimination Period is the period of time you must be Disabled before benefits become payable. It is the first 12 consecutive month(s) of any one period of Disability. | |
| **Benefit Percentage** | 50% | |
| **Maximum Monthly Benefit** | $12,000 | |
| **Maximum Duration of Benefits** | **Age When Disabled** | **Benefits Payable** |
| | Age 61 or under | To Normal Retirement Age or Age 65, whichever occurs first. |

---

[1] *See Metropolitan Life Ins. Co. v. Glenn*, 128 S. Ct. 2343, 2349-50 (2008) (dual role where administrator both determines eligibility for benefits and funds benefits creates a conflict of interest).  Pursuant to *Abatie*, "a reviewing court must always consider the inherent conflict that exists when a plan administrator both administers and funds it." *Saffon*, 511 F.3d at 1211 (quoting *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955, 967 (9th Cir. 2006)(emphasis added). "When reviewing a discretionary denial of benefits by a plan administrator who is subject to a conflict of interest, [the Court] must determine the extent to which the conflict influenced the administrator's decisions and discount to that extent the deference … accorded the administrator's decision." *Id.* at 1212. As the Supreme Court recently explained, the "conflict of interest...should prove more important (perhaps of great importance) where circumstances suggest a higher likelihood that it affected the benefits decision, including, but not limited to cases where an insurance company administrator has a history of biased claims administration." *Glenn,* 128 S. Ct. at 2351.

| Term | Provision |
|---|---|
| | Normal Retirement Age means the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act. It is determined by your date of birth as follows: 1955: 66 + 2 months |
| **Disability**<br><br>**"Own Occupation" Disability Period**<br><br>**"Any Occupation" Disability Period** | Disability or Disabled means:<br>1. during the Elimination Period, you are prevented from performing one or more of the Essential Duties of Your Occupation;<br>2. for the 24 months following the Elimination Period, you are prevented from performing one or more of the Essential Duties of Your Occupation, and as a result your Current Monthly Earnings are less than 60% of your Indexed Pre-disability Earnings;<br>3. after that, you are prevented from performing one or more of the Essential Duties of Any Occupation. |
| **Essential Duty** | **Essential Duty** means a duty that:<br>1. is substantial, not incidental;<br>2. is fundamental or inherent to the occupation; and<br>3. can not be reasonably omitted or changed.<br>To be at work for the number of hours in your regularly scheduled workweek is also an Essential Duty. |

9. Prior to her disability, MS. SHELBURNE, who had been employed with Sprint since on or about 2001, was working as a Sales Account Executive, whose Essential Duties, included, but were not limited to, the following:

- Maintaining and selling into her assigned customer base;
- Acquiring new customers, which include an assigned annual quota; and,

- Traveling to and meeting with customers.

10. However, in or about January 27, 2006, MS. SHELBURNE became disabled under the terms of the Plan due to musculoskeletal and immunological medical conditions and subsequently submitted a claim to HARTFORD for long term disability benefits to which she was entitled.

11. HARTFORD paid MS. SHELBURNE benefits during the "Own Occupation" disability definition period. However, instead of continuing to pay MS. SHELBURNE the benefits to which she was entitled under the "Any Occupation" disability definition period, on or about July 9, 2008, HARTFORD unreasonably, arbitrarily and capriciously denied MS. SHELBURNE further benefits under the terms of the Plan.

12. In so doing, HARTFORD unreasonably, unlawfully, arbitrarily and capriciously failed to obtain all relevant medical documentation prior to its initial denial of benefits; failed to have a doctor review the medical records prior to the initial denial; failed to have MS. SHELBURNE examined independently; misrepresented the statements of MS. SHELBURNE's medical providers; failed to identify the medical personnel who might have reviewed the file; failed to have her undergo a functional capacity evaluation; failed to impartially review the opinions of her treating physicians; failed to conduct a thorough vocational evaluation; failed to impartially investigate the side effects of the prescribed medications that MS. SHELBURNE was taking for her pain; failed to take into consideration the effect of fatigue[2]/pain on her ability to perform

---

[2] Regular *fatigue* in and of itself is a highly limiting factor in regards to employability. It adversely affects job performance, both in the quality of work performed, and in the amount that is accomplished, due to lower productivity and missed time. Studies on the effects of fatigue on work performance report factors including: reduced ability to do complex planning; reduced decision making ability; reduced communication skills; reduced productivity/performance; reduced attention and vigilance; reduced ability to handle stress on the job; reduced reaction time - both in speed and thought, loss of memory or the ability to recall details; failure to respond to

the material duties of her own, or any, occupation; failed to establish that MS. SHELBURNE could be at work for the number of hours required in a regularly scheduled workweek; relied upon medical record reviews from a doctor who did not examine MS. SHELBURNE and who was affiliated with a company whose financial success, Plaintiff alleges upon information and belief, is dependent upon its relationship with insurance companies, including HARTFORD, which would not continue *if* the companies' physicians were generating opinions unfavorable to HARTFORD[3]; and selectively ignored the medical and other evidence substantiating disability, including, but not limited to, the following:

| Date | Documentation/Treatment/Medical Notation |
|---|---|
| 01/09/2006 | **LETTER FROM DR. ESTHER HWANG TO DR. KAREN J. FONG**<br><br>She is having significant difficulty working because of the nausea and the fatigue. We have explained that Wegener's[4] is a disease that does tend to flare or relapse. |

---

changes in surroundings or information provided; inability to stay awake; increased tendency for risk-taking; increased forgetfulness; increased errors in judgment; increased sick time, absenteeism, rate of turnover; increased accident rates. Because of this, it is extremely difficult for persons with high levels of fatigue to maintain regular employment.

[3] Based upon information and belief, Plaintiff alleges that 1) HARTFORD uses the medical record review company known as MES on a regular and continuous basis; 2) MES does not perform medical record reviews on behalf of claimants and does not market its services to claimants; 3) MES' marketing includes marketing of insurance companies, including HARTFORD; 4) Medical record reviews are reviewed by MES personnel prior to finalizing the report for the insurance company.

[4] *Wegener's granulomatosis* is an uncommon disease, in which the blood vessels are inflamed (vasculitis). This inflammation damages important organs of the body by limiting blood flow to those organs and destroying normal tissue. Although the disease can involve any organ system, Wegener's granulomatosis mainly affects the respiratory tract (sinuses, nose, trachea [windpipe], and lungs) and kidneys. This disorder can affect people at any age and strikes men and women equally. The most common sign of Wegener's granulomatosis is involvement of the upper respiratory tract, which occurs in nearly all patients. Symptoms include sinus pain, discolored or bloody fluid from the nose, and, occasionally, nasal ulcers. A common sign of the disease is almost constant rhinorrhea ("runny nose") or other cold symptoms that do not respond to usual treatment or that become increasingly worse. The lungs are affected in most people with Wegener's granulomatosis, although no symptoms may be present. If symptoms are present, they include cough, hemoptysis (coughing up blood), shortness of breath, and chest discomfort. Pain in the muscles and joints or, occasionally, joint swelling affects two-thirds of people with Wegener's granulomatosis. Symptoms in the eye include redness, burning, or pain. Double vision or a decrease in vision are serious symptoms

| Date | Documentation/Treatment/Medical Notation |
|---|---|
| 02/09/2006 | **LETTER FROM DR. ESTHER HWANG TO DR. KAREN J. FONG**<br><br>Her symptoms seem to be developing into a chronic pain type of syndrome. |
| 03/30/2006 | **LETTER FROM DR. ESTHER HWANG TO DR. KAREN J. FONG**<br><br>She has just been aching in her elbows and the small joints of her hands or ankles intermittently with morning stiffness intermittently with minimal swelling, particular worse with activity. |
| 04/03/2006 | **OFFICE VISIT NOTES BY DR. KAREN FONG**<br><br>Linda L. Shelburne is a 50 year old female with a history of Wegener's granulomatosis. She had an exacerbation in mid-February and was hospitalized. Since that time she has had some increased nasal/sinus congestion and left sided ear congestion. |
| 07/18/2006 | **ATTENDING PHYSICIAN'S STATEMENT**<br><br>**PRIMARY DIAGNOSIS**: Wegner's granulomatosis<br><br>**SECONDARY DIAGNOSIS**: Chronic back pain<br><br>**SUBJECTIVE SYMPTOMS**: Pain, fatigue, sinusitis<br><br>Progress: Retrogressed<br><br>**IMPAIRMENT**:<br>Sitting: with feet elevated.<br><br>If any other activities are limited, please specify the activities and the limitations: "Extreme chronic fatigue, severe dyspnea[5] with exertion."<br><br>Is patient a suitable candidate for rehabilitation services? "No." |

---

requiring immediate medical attention. Nearly half of people with Wegener's granulomatosis develop skin lesions. These often have the appearance of small red or purple raised areas or blister-like lesions, ulcers, or nodules that may or may not be painful. There is no cure.

[5] *Dyspnea*: Difficult or labored breathing; shortness of breath.

| Date | Documentation/Treatment/Medical Notation |
|---|---|
|  | If the patient's vision is impaired, please describe the extent of the impairment. "Decreased." |
| 10/04/2006 | **HARTFORD'S INTERNAL SUMMARY DETAIL REPORT**<br><br>Clmt [claimant] stated she is not able to be around people because if they are sick she will get sick. Condition affects her immune system. |
| 10/18/2006 | **HARTFORD'S SUMMARY DETAIL REPORT**<br><br>51 y.o. female sales executive, diagnosed with Wegener's Granulomatosis which manifested with symptoms of diffuse anterior scleritis, nasal inflammation, epistaxis (nose bleeds), and large blood in her urine in January.<br><br>This is an auto immune disease, therefore she was put on Cytoxan, a chemotherapy drug. Now claimant is severely fatigued and has gross edema (swelling), which is limiting her significantly.<br><br>Dr. Snyder writes knees give out and ache, more steady aching, ankle swelling, left shoulder muscle pain which radiates down arm, with limited ROM, lumbar spine pain that radiates down left leg to foot, a sharp stabbing pain, much difficulty with peripheral edema.<br><br>It should be noted that Wegener's Granulomatosis is a very rare disease that affects many different organs and systems of the body.<br><br>It may be likely that claimant's condition will deteriorate.<br><br>Based on review of all medical information, it is evidenced that claimant is functionally impaired from LDW [last day worked]. |
| 10/26/2006 | **HARTFORD'S SUMMARY DETAIL REPORT**<br>Restrictions are as follows:<br>• Standing-maybe 60 minutes<br>• Walking-problems grocery shopping<br>• Sitting-with feet elevated<br>• Lifting/carrying-none<br>• Reaching/working overhead-none; with left arm<br>• Pushing/pulling-occasionally for minor housework<br>• Driving- limited due to medication side effects<br>• Keyboard use/repetitive hand motion-30-45 minutes |

| Date | Documentation/Treatment/Medical Notation |
|---|---|
| | The AP [attending physican] indicated that the employee has extreme chronic fatigue.<br><br>Given the employee's functional status, she will not benefit from a referral to rehabilitation at this time. |
| 02/26/2007 | **HARTFORD'S INTERNAL SUMMARY DETAIL REPORT**<br><br>Social Security vendor referral to Allsup[6] completed on 2/26/07. |
| 03/27/2007 | **MAYO CLINIC NOTES BY DR. MERTZ**<br><br>The patient presents for second opinion and recommendations related to Wegener's granulomatosis with symptoms now primarily being sinus congestion, epistaxis [nosebleed], right shoulder pain, left hip and leg pain.<br><br>**ASSESSMENT**<br>Unequivocal history of Wegener's granulomatosis with classical lung biopsy changes; recurrent rhinosinusitis; right shoulder pain; chronic, but worsening back, left hip and leg pain; immunosuppression; chronic left chest pain since thoracoscopic surgery; nausea and vomiting with all narcotic-related analgesics; history of allergic reaction to myelogram dye. |
| 08/14/2007 | **HARTFORD'S SUMMARY DETAIL REPORT REGARDING TELEPHONE CONVERSATION WITH MS. SHELBURNE**<br><br>There is no cure for her disease. Clmt [claimant] indicates that her vision has gotten worse; has pressure HA [headache] from her sinuses; she is also fatigued. |
| 09/16/2007 | **SOCIAL SECURITY ADMINISTRATION NOTICE OF AWARD**<br><br>"We found that you became disabled under our rules on January 27, 2006[7]." |

---

[6] Based upon information and belief, Plaintiff alleges that Allsup (a company that specializes in Social Security representation and obtaining overpayment recovery on behalf of long term disability insurance carriers) was retained by HARTFORD to secure social security benefits. Therefore, Plaintiff alleges at all relevant times herein Allsup was acting as an agent of HARTFORD in proving MS. SHELBURNE's disability and her inability to work in any gainful employment.

[7] According to the Social Security definition of disability, which is more stringent than the subject Plan's Disability definition: "A person is disabled, and thereby eligible for Social Security disability insurance benefits and

| Date | Documentation/Treatment/Medical Notation |
|---|---|
| 10/09/2007 | **MAYO CLINIC CLINICAL NOTES**<br><br>She has developed recurrent left hip pain consistent with her history of trochanteric bursitis[8].<br><br>**PROCEDURE**: Left trochanteric bursal cortisone injection. |
| 01/02/2008 | **MAYO CLINIC CLINICAL NOTES**<br><br>Unfortunately, the trochanteric bursal cortisone injection given for left hip pain at her last visit was not effective. She now describes pain in the left paraspinous region, in the thoracic and lumbar region with pain radiating into the left gluteal region and at times into the posterior thigh below the knee. This pain can reach a 7 to 8 out of 10 – more present with standing and walking, and relieved when reclined.<br><br>She also has experienced some numbness into the left gluteal region as well as the left foot. |
| 01/16/2008 | **PELVIS MRI**<br><br>Bilateral greater trochanteric bursitis. |
| 03/14/2008 | **MAYO CLINIC CLINICAL NOTES**<br><br>**ASSESSMENT**<br>Wegener's granulomatosis: She continues to have nasal congestion and has had several recurrent upper respiratory infections over the past months.<br><br>Hypercortisonism[9] |

---

Supplemental Security Income (SSI), "only if his physical or mental impairment or impairments are of such severity that *he is not only unable to do his previous work but cannot,* considering his age, education, and work experience, *engage in any other kind of substantial gainful work which exists in the national economy.*"   42 U.S.C. §§ 423(d)(2)(A), 1382a(3)(B) (emphasis added).

[8] ***Trochanteric bursitis*** is inflammation of the bursa (fluid-filled sac near a joint) at the outside (lateral) point of the hip known as the greater trochanter. Symptoms include pain on the outside of the hip and thigh or in the buttock; pain when lying on the affected side; pain when you press in on the outside of the hip; pain that gets worse during activities such as getting up from a deep chair or getting out of a car; and, pain with walking up stairs.

[9] ***Hypercorisonism*** (Cushing syndrome): a condition resulting in elevated levels of glucocorticoids, often as a result of tumors in adrenal or pituitary glands. Leads to significant weight gain, particularly on the back (causing a

| Date | Documentation/Treatment/Medical Notation |
|---|---|
| | Status post cervical laminectomy in 1989 and 1998.<br><br>Back pain: She currently uses a lidocaine patch[10]. She was found to have lumbar spondylosis [spinal osteoarthritis], characterized by L5-S1 facet arthropathy[11].<br><br>Urinalysis, pyuria[12].<br><br>Cough with rhonchi[13] on physical examination. She likely has bronchitis. |
| 04/03/2008 | **OFFICE NOTES OF FRANCES GRILL NURSE PRACTITIONER (DR. JEFFERY B. BUSHMAN, D.O.)**<br><br>She's on quite a few medications including Prednisone, Azathioprine, Gabapentin and daily Bactrim. |
| 06/25/2008 | **OVERNIGHT OXIMETRY STUDY**<br><br>Abnormal study. There are an increased number of desaturation events noted. Some of these are very significant with lowest saturation 68%. Saturations were also depressed through much of the study with approximately 84% of the recording demonstrating saturations below 90%. This would suggest underlying lung disease or hyperventilation. In addition, the repetitive desaturations suggest a significant sleep related breathing disorder. |
| 06/25/2008 | **MAYO CLINIC RECORDS**<br><br>Her main complaint on presentation today is significant fatigue and |

---

"buffalo hump") and face. More commonly caused by steroid use, in which case it is called Cushing syndrome medicamentosus.

[10] Side effects of this medication include nausea; drowsiness; mental/mood changes; ringing in the ears; dizziness; vision changes; tremors; numbness; headache; and backache.

[11] Like any other joint in our body, the facet joint can develop into an arthritic source of pain affecting the back. Pain is the main symptom associated with *facet arthropathy*, which loosely means a disease or abnormality in the facet joint. The majority of the population that suffer from facet arthropathy feel symptoms of low back pain that will increase in intensity through twisting or extension motion.

[12] *Pyuria*: the presence of pus in the urine. It is a sign of inflammation often related to infection.

[13] *Rhonchi*: a whistling or snoring sound heard on auscultation of the chest when the air channels are partly obstructed.

| Date | Documentation/Treatment/Medical Notation |
|---|---|
|  | bilateral shoulder, hip and quadriceps pain that has been persistently present.<br><br>The patient has tried multiple medications to treat these symptoms, including Flexeril, Darvocet, Tramadol, and Lidoderm patches, without relief.<br><br>Opioid analgesics were also attempted, but the patient was highly intolerant of these medications.<br><br>Currently, she is using gabapentin, but feels that the medication is significantly sedating when she awakens in the morning.<br><br>The patient notes feeling "like I've been hit by a Mack truck all the time." She reports fatigue and irritability throughout the day, and she is frustrated with her various pains.<br><br>**CURRENT MEDICATIONS**<br>Azathioprine[14], Roxane brand<br>Prednisone[15]<br>Bactrim[16]<br>Gabapentin[17]<br>Lorazepam[18] |

---

[14] Azathioprine is an immunosuppressant, that is, a drug that is used to suppress the immune system. It is used to treat patients who have undergone kidney transplantation and for diseases in which activity of the immune system is important. Side effects include serious lowering of the white blood cell count, resulting in an increased risk of infections; nausea; vomiting; fatigue; joint pain and diarrhea.

[15] This medication decreases your immune system's response to various diseases to reduce symptoms such as swelling and allergic-type reactions. It is used to treat conditions such as arthritis, blood disorders, breathing problems, certain cancers, eye problems, immune system diseases, and skin diseases. Side effects include stomach upset; headache; dizziness; trouble sleeping; mental/mood changes; muscle weakness/pain; signs of infection (fever, persistent sore throat) and vision changes.

[16] This medication is a combination of two antibiotics used to treat a wide variety of bacterial infections. Side effects include nausea; vomiting; diarrhea; headache; mental/mood changes; and muscle weakness.

[17] This medication, also known as Neurontin, has the following side effects: drowsiness; dizziness; unsteadiness; fatigue; vision changes; weight gain; and constipation.

[18] The most common side effects associated with lorazepam are sedation (15.9% of patients), dizziness (6.9% of patients), weakness, and unsteadiness. Other side effects include a feeling of depression, loss of orientation, headache, and sleep disturbance.

| Date | Documentation/Treatment/Medical Notation |
|---|---|
| | Afrin[19]<br><br>The patient demonstrates a significant weight gain of over 50 pounds associated with corticosteroid use.<br><br>**PHYSICAL EXAMINATION**<br>Diffuse bilateral shoulder, upper arm and neck, and deltoid tenderness to palpation. Tenderness to palpation of the bilateral hip girdle and quadriceps muscles. Tenderness to palpation of the lumbar spinal musculature present. Noted tenderness is not exacerbated with ambulation and persists with sitting.<br><br>Upon conversation with the patient and discussion with Dr. Mertz, it is found that the patient's symptom profile is consistent with fibromyalgia[20], complicating her primary diagnosis of Wegener's granulomatosis. In order to improve the patient's fibromyalgia symptoms and help to improve her sleep at night, we will initiate trazodone[21]. |
| 07/31/2008 | **LETTER FROM FRANCES WEAVER GRILL FNP-BC TO HARTFORD**<br><br>One of Ms. Shelburne's main problems is her chronic sinusitis and depressed immune system resulting from the Wegener's disease and long term steroid use.<br><br>She has subsequently been diagnosed with fibromyalgia which helps explain her difficult-to-control pain. She also has sleep apnea, perhaps resulting from chronic sinusitis. |

---

[19] Side effects of this medication include mild stomach upset, trouble sleeping, <u>dizziness</u>, lightheadedness, <u>headache</u>, nervousness, fast heartbeat, <u>loss of appetite</u>, shaking, or unusual sweating.

[20] ***Fibromyalgia*** is a chronic condition characterized by widespread pain in the muscles, ligaments and tendons, as well as fatigue and multiple tender points — places on the body where slight pressure causes pain. Women are much more likely to develop the disorder than are men, and the risk of fibromyalgia increases with age. Signs and symptoms of fibromyalgia can vary, depending on the weather, stress, physical activity or even the time of day. The pain associated with fibromyalgia is described as a constant dull ache, typically arising from muscles. People with fibromyalgia often awaken tired, even though they seem to get plenty of sleep. Experts believe that these people rarely reach the deep restorative stage of sleep. Sleep disorders that have been linked to fibromyalgia include restless legs syndrome and sleep apnea. Medications can help reduce the pain of fibromyalgia and improve sleep. Common choices include analgesics; anti depressants and anti seizure drugs.

[21] The most common side effects associated with trazodone are nausea, dizziness, insomnia, agitation, tiredness, <u>dry mouth</u>, <u>constipation</u>, lightheadedness, <u>headache</u>, <u>low blood pressure</u>, blurred vision, and confusion.

| Date | Documentation/Treatment/Medical Notation |
|---|---|
|  | Based upon this improved data on my part and several more encounters with Ms. Shelburne and her husband as well as the new information from Dr. Mertz, l have no doubt that Ms. Shelburne is unable to perform work of any kind. |
| 08/13/2008 | I, Linda L. Shelburne am writing to appeal your decision that I do not meet the policy definition of Disability.<br><br>Because of the pain in my back and hips which radiates down my left leg I am not able to sit or stand for any length of time unless my legs are extended out in front of me and I am at a reclined position to relieve the pressure.<br><br>In response that I can do typing and keyboarding on a frequent basis. I have pain in my finger joints which does not allow me to type for more than 15 minutes at any one time. My fingers will stiffen and do what I call freeze with cramps. I cannot look at a computer screen for any length of time.<br><br>My medications make me very agitated. My immune system is suppressed and I cannot be around anyone with an infectious disease. I take pain medicine which makes me groggy. I have constant headaches and sinus pressure. I also will get bloody noses with no notice.<br><br>I cannot do any of the duties of any full time job. |

13.　To date, even though MS. SHELBURNE has been, and remains, disabled, as evidenced by the medical documentation, Defendants have not paid MS. SHELBURNE any disability benefits from on or about July 27, 2008. The arbitrary and capricious nature of Defendants' denial decision is evidenced by, but not limited to, the following:

- HARTFORD engaged in procedural violations of its statutory obligations under ERISA, including, but not limited to, failing to advise MS. SHELBURNE of what documentation it needed for her to perfect

-14-

her claim and failing to provide a complete copy of all documents, records, and other information relevant to her claim despite a request by Plaintiff in violation of 29 C.F.R. Section 2560.530-1(h)(2)(iii);

- HARTFORD did not give proper weight to the Social Security Administration's finding, which was obtained by HARTFORD's own agent, that MS. SHELBURNE was disabled from any occupation[22].

- HARTFORD ignored the obvious, combed the record and has taken selective evidence out of context as a pretext to deny Plaintiff's claim; and,

- HARTFORD's **physician's** opinions do not serve as *substantial evidence*, as they are not *supported by evidence* in the claim file nor are they *consistent with the overall evidence* in the claim file.

14. For all the reasons set forth above, the decision to deny disability insurance benefits was arbitrary, capricious, wrongful, unreasonable, irrational, sorely contrary to the evidence, contrary to the terms of the Plan and contrary to law.  Clearly, HARTFORD abused its discretion in deciding to deny this claim as the evidence shows its denial decision was arbitrary and capricious.  Further, HARTFORD's denial decision and actions heighten the level of skepticism with which a court views a conflicted administrator's decision under *Abatie v. Alta Health & Life Insurance Co*., 458 F.3d 955 (9th Cir. 2006).

15. Additionally, ERISA imposes higher-than-marketplace quality standards on insurers. It sets forth a special standard of care upon a plan administrator, namely, that the administrator "discharge [its] duties" in respect to discretionary claims processing "solely

---

[22] A Plan administrator may not arbitrarily disregard a favorable ruling by the Social Security Administration as, at a minimum, it provides support for the conclusion that an administrative agency charged with examining MS. SHELBURNE's medical records found objective support for its favorable decision.

-15-

in the interests of the participants and beneficiaries" of the plan, § 1104(a)(1); it simultaneously underscores the particular importance of accurate claims processing by insisting that administrators "provide a 'full and fair review' of claim denials," *Firestone*, 489 U.S., at 113 (quoting § 1133(2)); and it supplements marketplace and regulatory controls with judicial review of individual claim denials, see § 1132(a)(1)(B).

16. As a direct and proximate result of the Defendants' failure to provide MS. SHELBURNE with disability benefits, MS. SHELBURNE has been deprived of said benefits from on or about July 27, 2008, to the present date.

17. As a further direct and proximate result of the denial of benefits, MS. SHELBURNE has been required to incur attorney fees to pursue this action, and is entitled to have such fees paid by defendants pursuant to 29 U.S.C. § 1132(g) (1), ERISA § 502(g) (1).

18. A controversy now exists between the parties as to whether MS. SHELBURNE is disabled as defined in the Plan. Plaintiff seeks the declaration of this Court that she meets the Plan definition of disability and thus she is entitled to benefits from the Plan. In the alternative, Plaintiff seeks a remand to the Plan Administrator for a determination of Plaintiff's claim consistent with the terms of the Plan.

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1. An award of benefits in the amount not paid MS. SHELBURNE from on or about July 27, 2008, to the date of judgment herein, together with interest at the legal rate on each monthly payment from the date it became due until the date it is paid; or, in the alternative, a remand to the Plan Administrator for a determination of Plaintiff's claim consistent with the terms of the Plan;

2. An order determining that MS. SHELBURNE is entitled to payments so long as she remains disabled as defined in the Plan;

3. For reasonable attorney fees incurred in this action; and

4. For such other and further relief as the Court deems just and proper.

DATED this 25th day of March, 2010.

SCOTT E. DAVIS. P.C.

By: */s/ Scott E. Davis, Esq.*
    Scott E. Davis, Esq.
    Attorney for Plaintiff