## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

**LINDA SHELBURNE**              v.     **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** *et al.*

HONORABLE JOHN W. SEDWICK        CASE NO.  2:10-cv-00672-JWS

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**          DATE: January 5, 2011

    Based on the parties' stipulation at docket 19, this case is dismissed with each party to bear her or its' own fees and costs.  The Clerk will please close the file.

_____